UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**DEREK TERRY**, on behalf of
himself and all others similarly
situated,

      Plaintiff,

vs.

**TMX FINANCE, LLC,** a foreign
limited liability company, and
**TITLEMAX OF ILLINOIS, INC.,**
a foreign corporation, and **DOES 1-10,**

      Defendants.

Case No. 1:13-cv-06156
Hon. Elaine E. Bucklo

---

## AFFIDAVIT OF PETER J. FLOWERS

STATE OF ILLINOIS    )
                                ) ss.
COOK COUNTY         )

PETER J. FLOWERS, being first duly sworn, deposes and states as follows:

1. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Derek Terry;

2. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Michael Harazin;

3. Attached hereto as Exhibit 3 is a true and correct copy of a January 10, 2013 email from Martha Laureano.

4. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's Proposed Notice of Right to Opt-In to Lawsuit to be sent to the Class;

5. Attached hereto as Exhibit 5 is a true and correct copy of the proposed envelope to be used for mailing the Notice to the Class;

6. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff's First Interrogatory to Defendant;

7. Attached hereto as Exhibit 7 is a true and correct copy of the resume of Johnson Becker, PLLC;

8. Attached hereto as Exhibit 8 is a true and correct copy of the resume of Sommers Schwartz, P.C.;

9. Attached hereto as Exhibit 9 is a true and correct copy of the resume of the Meyers & Flowers, L.L.C.

FURTHER YOUR AFFIANT SAIETH NAUGHT

Dated this 7th day of October, 2013

Peter J. Flowers

Subscribed and sworn to before me
This 7th day of Oct, 2013

Notary Public

"OFFICIAL SEAL"
PENNY L. STAHULAK
Notary Public, State of Illinois
My Commission Expires 03/31/17

2